1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102

7  Facsimile: (415) 436-7234

8  Attorneys for the United States of America

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )    No.  CR 06 0733 SI
13        Plaintiff,                )
                                    )    STIPULATION AND [PROPOSED]
14        v.                        )    ORDER EXCLUDING TIME
15                                  )
   ALAN JOHN REYES,                 )
16        Defendant.                )
17                                  )

18
19

20  On November 28, 2006, the parties in this case appeared before the Court and stipulated that
21  time should be excluded from the Speedy Trial Act calculations from November 28, 2006 to
22  December 7, 2006 for effective preparation of counsel, in that defense counsel required adequate
23  time to obtain and review information relevant to the government's motion for detention of
24  defendant. The parties represented that granting the continuance was the reasonable time
25  necessary for effective preparation of defense counsel, taking into account the exercise of due
26  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice
27  served by granting such a continuance outweighed the best interests of the public and the
28  ///

1 | defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
2 | SO STIPULATED:
3 |
4 |                                        KEVIN V. RYAN
5 |                                        United States Attorney
6 | DATED: November 28, 2006               _____/s/_____
7 |                                        JULIE A. ARBUCKLE
  |                                        Assistant United States Attorney
8 |
9 | DATED: November 28, 2006               _____/s/_____
  |                                        STEVEN KALAR
10|                                        Attorney for Defendant Alan John Reyes
11|
12|     As the Court found on November 28, 2006, and for the reasons stated above, the Court finds
13| that the ends of justice served by the continuance outweigh the best interests of the public and the
14| defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
15| calculations from November 28, 2006 to December 7, 2006 for effective preparation of defense
16| counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would
17| deny counsel reasonable time necessary for effective preparation, taking into account the exercise
18| of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
19|
20| SO ORDERED.
21|
22| DATED: 11/30/06
23|                                        ~~Edward M. Chen~~  JOSEPH C. SPERO
  |                                        United States District Judge
24|
25|
26|
27|
28|

Stipulation and [Proposed] Order Excluding Time - CR 06-0733 SI                              2