KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 0733 SI |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
|     v. ) | |
| ALAN JOHN REYES, ) | |
|     Defendant. ) | |

    On November 17, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 17, 2006 to November 28, 2006 for effective preparation of counsel, in that defense counsel required adequate time to obtain and review information relevant to the government's motion for detention of defendant. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

///

Stipulation and [Proposed] Order Excluding Time - CR 06-0733 SI      1

1  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:

                          KEVIN V. RYAN
                          United States Attorney

6  DATED: November 17, 2006  _____/s/_____
                          JULIE A. ARBUCKLE
                          Assistant United States Attorney

8  DATED: November 28, 2006  _____/s/_____
                          STEVEN KALAR
                          Attorney for Defendant Alan John Reyes

As the Court found on November 17, 2006, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from November 17, 2006 to November 28, 2006 for effective preparation of defense counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 12/4/06

*[Signature stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*

Stipulation and [Proposed] Order Excluding Time - CR 06-0733 SI      2