1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,                    )
                                                  )   No. CR 06-0733 SI
10              Plaintiff,                        )
                                                  )   [PROPOSED] STIPULATED ORDER
11        v.                                      )   RE: INITIAL APPEARANCE DATE
                                                  )
12   ALAN JOHN REYES,                             )
                                                  )   **Hearing Date:** Friday, January 12, 2007
13              Defendant.                        )   at 11:00 a.m.
                                                  )
14   _____

15
16        The defendant in the above-entitled case was originally scheduled to appear before this Court
17   on Friday, December 8, 2006. Because of a scheduling error, the Court was not available on that
18   date.
19        In this proposed stipulated order, the parties request that the matter be added to the Court's
20   calendar for Friday, January 12, 2007 at 11:00. Counsel for Mr. Reyes represents that he will be
21   unavailable on Friday December 15, 22, and 29th, 2006. In addition, the defense has requested
22   additional discovery and the government is in the process of obtaining those materials.
23        Therefore, for good cause shown this case shall be added to the Court's criminal calendar on
24   Friday, January 12, 2007. Time shall be excluded under the Speedy Trial Act from December 8, 2006
25   to January 12, 2007 to allow for the effective preparation of defense counsel and to permit for the
     //
26

*Reyes*, CR 06-0733 SI
ORD. RE: INITIAL APPEARANCE

1 | continuity of defense counsel.

3 | IT IS SO ORDERED.

_____  
5 | DATED  SUSAN ILLSTON
United States District Court Judge

7 | IT IS SO STIPULATED.

____12/18/06_____  
9 | DATED  
/s_____
KEVIN V. RYAN
United States Attorney
Northern District of California
JULIA A. ARBUCKLE
Assistant United States Attorney

____12/18/06_____  
13 | DATED  
/s_____
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*Reyes*, CR 06-0733 SI
ORD. RE: INITIAL APPEARANCE        2