KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102
Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 0733 SI |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME |
| ) | |
| ALAN JOHN REYES, ) | |
| Defendant. ) | |

On January 12, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 12, 2007 to March 16, 2007 for effective preparation of and continuity of counsel, and consideration of a change of plea, in that both parties' counsel will be unavailable during portions of this period and defense counsel required adequate time to obtain and review information relevant to whether there will be a change of plea. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

1  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:
3
4                                         KEVIN V. RYAN
                                          United States Attorney
5
6  DATED: January 19, 2007               _____/s/_____
                                          JULIE A. ARBUCKLE
7                                         Assistant United States Attorney
8
   DATED: January 29, 2007               _____/s/_____
9                                         STEVEN KALAR
                                          Attorney for Defendant Alan John Reyes
10
11
12     As the Court found on January 12, 2007, and for the reasons stated above, the Court finds
13 that the ends of justice served by the continuance outweigh the best interests of the public and the
14 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
15 calculations from January 12, 2007 to March 16, 2007 for effective preparation of and continuity
16 of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance
17 would deny the parties continuity of counsel, and reasonable time necessary for effective
18 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19 of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
20
21 SO ORDERED.
22
23 DATED:_____              _____
                                          Susan Illston
24                                        United States District Judge

Stipulation and [Proposed] Order Excluding Time - CR 06-0733 SI                              2